**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 20-cv-04423 <br><br> **Judge Charles R. Norgle** <br><br> **Magistrate Judge Jeffrey Cole** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen Group of America, Inc. ("Plaintiff") hereby dismisses this action without prejudice as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| CHANONE US | 60 |
| Chunling Accessories | 62 |
| JYMY Auto parts | 71 |

Dated this 14th day of September 2020.     Respectfully submitted,

<div style="margin-left:3em">

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff Volkswagen Group of America, Inc.*

</div>