**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., | Case No. 20-cv-04423 |
| Plaintiff, | **Judge Charles R. Norgle** |
| v. | **Magistrate Judge Jeffrey Cole** |
| 77977 STORE, et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Volkswagen

Group of America, Inc. ("Plaintiff") hereby dismisses this action with prejudice as to the following

Defendants:

| Defendant Name | Line No. |
|---|---|
| 77977 Store | 1 |
| An unexpected motorcycle Store | 2 |
| Automobile & Motor Store | 3 |
| F-A-B-U-L-O-U-S Store | 8 |
| Hi Automotive supplies Store | 9 |
| Light Of EC China Store | 11 |
| cargooghi | 58 |
| KHY Auto Merchant | 73 |
| Soondar Direct | 85 |

Dated this 16th day of October 2020.     Respectfully submitted,


/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Thomas J. Juettner
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
tjjuettner@gbc.law

*Counsel for Plaintiff*
*Volkswagen Group of America, Inc.*